FILED
DEC 15 2016
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| STEFAN MEADOR, STEPHEN ALLEN, DALLAS THOMPSON, PAUL WHITWORTH, MICHAEL CASTRO, ERIC LEWIS AND JEREMIAH SPAIN, | CIVIL ACTION NO. 5:15-cv-1124-FB-JWP |
| Plaintiffs, | |
| VERSUS | JURY DEMANDED |
| JC FODALE ENERGY SERVICES, LLC, | |
| Defendant. | |

## ORDER

CONSIDERING THE FOREGOING Joint Motion for Extension of Time;

IT IS ORDERED that the Joint Motion be and hereby is GRANTED.

IT IS FURTHER ORDERED that the parties have through and including January 17, 2017 to file oppositions to the pending Motions for Summary Judgment.

IT IS FURTHER ORDERED that the parties have through and including February 7, 2017 to file reply briefs to the pending Motions for Summary Judgment.

THUS DONE AND SIGNED in San Antonio, Texas this 15 day of December, 2016.

_____
JUDGE